561 A.2d 1

**Edward Francis BROWNE, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION BUREAU OF TRAFFIC SAFETY.**

Supreme Court of Pennsylvania.

May 23, 1989.

## ORDER

PER CURIAM.

Petition Granted.

And Now, this 23rd day of May, 1989, Petition granted and the Judgment of the Commonwealth Court of Pennsylvania at No. 494 C.D. 1988 is vacated, and this matter is remanded to the said Commonwealth Court of Pennsylvania for reconsideration in light of our decision in *Commonwealth, Dept. of Trans. v. O'Connell*, 521 Pa. 242, 555 A.2d 873 (1989).